UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

J & S TELLERMAN L.L.C.,            1:21-cv-10195 (JPC)

          Plaintiff,

   -against-

GREAT NORTHERN INSURANCE COMPANY,
----------------------------------------X

## ORDER OF DISMISSAL

Plaintiff J & S TELLERMAN L.L.C., by and through his attorney Smith Mazure, P.C. and Defendant GREAT NORTHERN INSURNACE COMPANY by and through their attorney Cozen O'Connor hereby Stipulate to VOLUNTARY DISMISSAL WITH PREJUDICE of this action against Defendant GREAT NORTHERN INSURNACE COMPANY.

Dated: New York, NY
      March   , 2022

| Smith Mazure, P.C.<br>Attorneys for Plaintiff<br><br>BY: Joel M Simon, Esq.<br>111 John Street<br>New York, NY 10038<br>(212) 964-7400<br>jsimon@smithmazure.com | Cozen O'Connor<br>Attorneys for Defendant<br><br>BY: Paul Ferland, Esq.<br>3 WTC, 175 Greenwich Street<br>55th Floor -New York, NY 10007<br>212-453-3914<br>PFerland@cozen.com |
|---|---|

So Ordered,

Date:  March 25, 2022
        New York, New York

                                  Hon. John P. Cronan
                                  United States District Judge